**STATE of Missouri, Respondent,**

v.

**Derrick W. GREEN, Appellant.**

**No. WD33737.**

Missouri Court of Appeals,
Western District.

July 12, 1983.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, Mary Beth Stock, Certified Law Student, for appellant.

John Ashcroft, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and DIXON and NUGENT, JJ.

ORDER

PER CURIAM:

Defendant appeals his conviction of rape, § 566.030 RSMo 1980. The judgment and conviction are affirmed. Rule 30.25(b). No jurisprudential purpose would be served by a written opinion.

**In Re the Marriage of Peggy Suzanne PICKENS, Respondent,**

v.

**Kenneth Frederick PICKENS, Appellant.**

**No. 45799.**

Missouri Court of Appeals,
Eastern District,
Division Three.

July 12, 1983.

Lee R. Elliott, Troy, for appellant.

J. Rockne Calhoun, Louisiana, for respondent.

ORDER

PER CURIAM.

This is an appeal from a dissolution of marriage.

The judgment of the trial court is affirmed. Rule 84.16(b).